**Benny R. ROPER, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7003.**

United States Court of Appeals, Federal Circuit.

Sept. 7, 2007.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel and Ethan G. Kalett, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Brian T. Edmunds and Gregory T. Jaeger, Attor-

neys, United States Department of Justice, of Washington, DC.

Before MICHEL, Chief Judge, MOORE, Circuit Judge, and COTE *, District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* Honorable Denise Cote, District Judge, United States District Court for the Southern District of New York, sitting by designation.